McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. CV-F-95-5346 OWW SMS |
| ) | |
| v. ) | **ORDER CONFIRMING JUDICIAL SALE** |
| ) | |
| GLEN D. BELL, JEANETTE BELL, ) | |
| GLEN AND JEANETTE BELL AS ) | |
| TRUSTEES OF THE GLEN D. BELL ) | |
| FAMILY TRUST, GLEN D. BELL AND ) | |
| JEANETTE BELL AS TRUSTEES OF ) | |
| RACINE TRUST, GLEN D. BELL ) | |
| AS TRUSTEE OF STARK MANAGEMENT ) | |
| COMPANY, STOCKTON FINANCIAL ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On November 21, 2005, this Court entered a Second Amended Order of Judicial Sale, directing that the Internal Revenue Service sell property of the Judgment debtors and report the sale to the Court.  The Order permitted the sale of the property commonly known as 3549 Kiernan Road, Modesto, California, APN  003-19-13-803;  3513 Kiernan Road & 3513 ½ Kiernan Road, APN 003-19-14-803;  and APN 003-19-15-807 (the "Property") which is more particularly described as follows:

> PARCELS "A", "B", AND "C", AS SHOWN AND DESIGNATED ON THAT CERTAIN PARCEL MAP FILED APRIL 26, 1984 IN VOLUME 35 OF PARCEL MAPS, AT PAGE 18, BEING A DIVISION OF LOTS 9, 10, 15, AND 16 OF EDEN COLONY ACCORDING TO THE OFFICIAL MAP THEREOF, FILED IN THE OFFICE OF THE RECORDER OF STANISLAUS COUNTY, CALIFORNIA ON AUGUST 14, 1909 IN VOLUME 4 OF MAPS, AT PAGE 32.

The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted, on March 7, 2007, at 11:00 a.m., at the Stanislaus County Courthouse.  The successful bidders, Stephen and Ann Blair Endsley (the "purchasers"), bid $2,710,000 and paid a deposit of $280,000.00 to the United States Treasury Department.

The balance of the purchase price for the Property is to be paid to the Internal Revenue Service on or before April 6, 2007, by a certified or cashier's check payable to the United States Treasury.  On receipt of payment in full, or deposit into escrow, with instructions approved by the United States, the Internal Revenue Service is hereby ordered and authorized to execute and deliver into escrow or to the purchaser a Certificate of Sale and Deed conveying the Property to the purchasers.

On delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Property that are held or asserted by the plaintiff or any of the defendants in this action are discharged.  On delivery of the Certificate of Sale and Deed, the Property shall be free and clear of the interests of defendants Glen D. Bell, Jeanette Bell,  Glen and Jeanette Bell as Trustees of the Glen D. Bell Family Trust, Glen D. Bell and Jeanette Bell as Trustees of Racine Trust, Glen D. Bell as Trustee of Stark Management Company, and Stockton Financial Corp.

Possession of the property sold shall be yielded to the purchasers upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the Property to the purchaser.

The Internal Revenue Service shall distribute the amount paid by the purchaser according to the priority set forth in the Second Amended Order of Judicial Sale.

IT IS SO ORDERED.

**Dated:   March 9, 2007**                            **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE