**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:95-cv-5346 OWW SMS |
| Plaintiff, | ) ) | ORDER STRIKING "NOTICE OF SANCTION" DOCUMENTS |
| v. | ) ) | |
| GLEN D. BELL, JEANETTE BELL, GLEN AND JEANETTE BELL AS TRUSTEES OF THE GLEN D. BELL FAMILY TRUST, GLEN D. BELL AND JEANETTE BELL AS TRUSTEES OF RACINE TRUST, GLEN D. BELL AS TRUSTEE OF STARK MANAGEMENT COMPANY, AND STOCKTON FINANCIAL CORP., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On April 20, 2007, certain documents were filed in this action by "Clayton F. Black, Special Trustee" with a caption including individuals who are not parties to case number 1:95-cv-5346 OWW SMS.

Clayton F. Black is not a party or an attorney of record in this case. There is no showing that Clayton F. Black is an attorney licensed to practice before the United States District Court for the Eastern District of California. There has been no showing that he has any authority to file any papers in this case

1

1 | **purporting to designate an attorney as a party and a Trust as a**
2 | **party, who have not been previously named in this case.**
3 | **G. Patrick Jennings, an attorney for the United States, is**
4 | **not a party to this action.  The "Funding Center Trust, dated 4-**
5 | **19-00, A Contractual Trust," is not a party to this action.**
6 | **To avoid confusion, the extraneous documents titled "Notice**
7 | **of Sanction" and the proofs of service filed April 20, 2007, are**
8 | **ORDERED STRICKEN.**

10 | IT IS SO ORDERED.
11 | **Dated:   April 24, 2007            /s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE