McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLEN D. BELL, JEANETTE BELL,<br>et al.<br><br>　　　　　　Defendants. | Civil No. CV-F-95-5346  OWW  SMS<br><br>**ORDER SUBSTITUTING DUMAS INTERNATIONAL AS PARTY DEFENDANT AND DISMISSING DEFENDANT STOCKTON FINANCIAL CORPORATION** |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT Dumas International LLC is substituted as a party-defendant in this action in the place of Stockton Financial Corporation.  Stockton Financial Corporation, including its successor in interest, Guaranty Bank, is dismissed as a party to this action.

IT IS SO ORDERED.

Dated:  July 11, 2007　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　United States District Judge