McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>GLEN D. BELL, JEANETTE BELL,<br>et al.<br><br>          Defendants. | Civil No. CV-F-95-5346  OWW  SMS<br><br>**ORDER RE SALE PROCEEDS** |

The active parties in this case, the plaintiff United States, lienholder Dumas International LLC ("Dumas"), and purchasers Stephen and Ann Blair Endsley ("Endsleys"), have represented to the Court the following:

1. On March 7, 2007, the United States sold at public auction to the highest bidder the property known as the Bell Ranch (legal description in Appendix A), in order to pay the judgment entered in this action.   The successful bidders, the Endsleys, bid $2,710,000 and paid a deposit of $280,000.00 to the United States Treasury.

2. On March 13, 2007, the Court entered an Order Confirming Judicial Sale which provided that

> The balance of the purchase price for the Property is to be paid to the Internal Revenue Service on or before April 6, 2007, by a certified or cashier's check payable to the United States Treasury. On receipt of payment in full, or deposit into escrow, with instructions approved by the United States, the Internal Revenue Service is

hereby ordered and authorized to execute and deliver into escrow or to the purchaser a Certificate of Sale and Deed conveying the Property to the purchasers.

On delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Property that are held or asserted by the plaintiff or any of the defendants in this action are discharged. On delivery of the Certificate of Sale and Deed, the Property shall be free and clear of the interests of defendants Glen D. Bell, Jeanette Bell, Glen and Jeanette Bell as Trustees of the Glen D. Bell Family Trust, Glen D. Bell and Jeanette Bell asTrustees of Racine Trust, Glen D. Bell as Trustee of Stark Management Company, and Stockton Financial Corp.

3.      On or about December 10, 2003, Guaranty Bank, as successor-in-interest to Stockton Savings and Loan Association and (initial defendant) Stockton Financial Corporation, sold, transferred and assigned to Dumas all Guaranty Bank's right, title and interest in that certain Adjustable Rate Note dated August 9, 1984, in the original face amount of $310,000.000, and secured by a Construction Deed of Trust dated August 9, 1984, executed by Glen D. Bell and Jeannette Bell, and recorded in the Official Records of Stanislaus County, California on August 15, 1984, as Instrument No. 7773 (the "Stockton Savings Deed of Trust"). A dispute has arisen between the United States and Dumas as to the amount of the obligation secured by the Stockton Savings Deed of Trust (the "Dumas Lien").  The dispute exceeds $1 million.

4.      The Endsleys stand ready and able to complete the payment of the purchase price and have opened an escrow at Chicago Title in Modesto to complete the transaction.  Because of the dispute concerning the amount of the Dumas Lien, the Endsleys have not completed payment. The parties request that the Court excuse the Endsleys from immediate compliance with the April 6, 2007, deadline to deposit the purchase price, provided that the Endsleys comply with the order proposed below.

//

//

-2-

1   In accordance with the foregoing representations and agreements, and for good
2   cause shown,
3   **IT IS ORDERED THAT**
4   a.   the Endsleys will deposit the remainder of the purchase price into escrow,
5        within 30 days of the date this order is entered;
6   b.   after receipt of written confirmation by Chicago Title of the deposited fund, and
7        receipt into escrow of a certified copy of the recorded assignment of the
8        Dumas Lien, the IRS will deliver to Chicago Title a certificate of sale and deed
9        to the Endsleys;
10  c.   Chicago Title will record the deed to the Endsleys;
11  d.   the Endsleys will take possession and all right, title and interest in the Bell
12       Ranch, free and clear of the Dumas Lien and all other defendants' interests,
13       as confirmed by this Order;
14  e.   Chicago Title out of escrow will pay real property taxes on the subject property
15       to April 6, 2007, escrow fees, and any other incidental payments to which all
16       parties agree in writing,
17  f.   Chicago Title will deposit the remaining sale proceeds (the "Deposit") with the
18       Clerk of the United States District Court for the Eastern District of California,
19       for deposit in an interest-bearing account, with reference made to this case, to
20       be held until further Order of this Court;
21  g.   the Dumas Lien will follow and attach to the Deposit to the same extent and
22       with the same priority that the Stockton Savings Deed of Trust had on the
23       subject real property;
24  h.   the United States' federal tax liens as well as the judgment lien against Glen
25       D. Bell and Jeanette Bell in this action will follow and attach to the Deposit to
26       the same extent and with the same priority that they had on the subject real
27       property;

     i.     the United States will retain the initial deposit amount of $280,000 and apply it against the Bell tax judgment (docket no. 103, entered October 23, 1998, in this case) and the costs of sale.  However, if the Court determines that the amount of the Dumas lien exceeds the Deposit, Dumas reserves the right to seek disgorgement or other remedy against the United States to recover the initial deposit; and

     j.     if Dumas and the United States cannot agree as to the amount of the Dumas lien, the Court will adjudicate the amount of the Dumas lien and order distribution of the appropriate amount of the sale proceeds to Dumas, with the balance ordered to the United States.

The Court will hold a status conference on July 27, 2007, to determine whether formal discovery will be necessary and to set a schedule for briefing and an evidentiary hearing.

**IT IS SO ORDERED**.

Dated: July 11, 2007                                /s/ Oliver W. Wanger
                                                    OLIVER W. WANGER
                                                    United States District Judge

1

APPENDIX A

2  The "Bell Ranch" is located at 3549 Kiernan Road, Modesto, in the County of Stanislaus, State of California, and is more particularly described as follows:

3
4
5
6

    PARCELS "A", "B", AND "C", AS SHOWN AND DESIGNATED ON THAT CERTAIN PARCEL MAP FILED APRIL 26, 1984 IN VOLUME 35 OF PARCEL MAPS, AT PAGE 18, BEING A DIVISION OF LOTS 9, 10, 15, AND 16 OF EDEN COLONY ACCORDING TO THE OFFICIAL MAP THEREOF, FILED IN THE OFFICE OF THE RECORDER OF STANISLAUS COUNTY, CALIFORNIA ON AUGUST 14, 1909 IN VOLUME 4 OF MAPS, AT PAGE 32.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28