1  McGREGOR W. SCOTT
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:  (202) 307-6648
6
   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. CV-F-95-5346  OWW  SMS |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| GLEN D. BELL, JEANETTE BELL, ) et al. ) | |
| Defendants. ) | |

On July 27, 2007, the active parties met for a status conference.  Appearing telephonically for the United States was G. Patrick Jennings, a trial attorney for the Tax Division of the United States Department of Justice.  Also appearing telephonically for defendant Dumas International was attorney Frank Zumwalt.  The parties have informed the Court that the only issue remaining is the distribution of the proceeds of the judicial sale of the Bell Ranch.  The parties believe the pending escrow will close in the near future, and the net proceeds will be deposited to the Court pursuant to the previous order.  The parties requested a short discovery period.  Accordingly, and for good cause shown,

IT IS ORDERED THAT the parties shall complete discovery by November 2, 2007.

IT IS FURTHER ORDERED THAT a further scheduling conference is set for November 16, 2007, at 8:45 a.m.  The parties may appear telephonically.

IT IS FURTHER ORDERED THAT the parties shall file a joint status report on or before November 10, 2007.

IT IS SO ORDERED.

**Dated:   July 30, 2007**               /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE