1  McGREGOR W. SCOTT
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6648
6
   Attorneys for the United States of America

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     ) Civil No. CV-F-95-5346 OWW SMS
            Plaintiff,               )
                                     ) **ORDER TO SCHEDULE EVIDENTIARY**
      v.                             ) **HEARING**
                                     )
GLEN D. BELL, JEANETTE BELL,         )
et al.                               )
                                     )
            Defendants.              )
                                     )
_____)

Upon the stipulation of the parties, and for good cause shown,

**IT IS ORDERED THAT** an evidentiary hearing is set for February _29_, 2008 at _8:15_, to determine the extent of the interest of Dumas International LLC in the property at issue. *Notice shall be immediately provided to the Bell defendants.* OWW

**IT IS FURTHER ORDERED THAT** the parties shall file and exchange by express mail (1) Trial Briefs, (2) Witness lists, (3) Expert Witness Statements, and (4) Exhibits to be seven court days before the hearing.

**IT IS SO ORDERED.**

Dated: _11-15-_, 2007

OLIVER W. WANGER
United States District Judge