McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>GLEN D. BELL, JEANETTE BELL,<br>et al.<br><br>            Defendants. | Civil No. 1:95-CV-5346  OWW  SMS<br><br>**ORDER**<br><br>Date:     February 29, 2008<br>Time:    8:15 a.m.<br>Place:   Courtroom 3<br>Judge:  Hon. Oliver W. Wanger |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT evidentiary hearing scheduled for February 29, 2008, at 8:15 a.m. (approximately three hours estimated) is continued to April 25, 2008, at 9:00 a.m. Trial Briefs, Witness lists, Expert Witness Statements, and Exhibits, if any, shall be filed and exchanged by express mail seven court days before the hearing.  The parties may conduct discovery until April 15, 2008.

IT IS SO ORDERED.


Dated:  February 25, 2008                    /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER
                                                    United States District Judge