McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLEN D. BELL, JEANETTE BELL, et al.<br><br>　　　　　　Defendants. | Civil No. CV-F-95-5346  OWW  SMS<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION** |

After an evidentiary hearing before the Honorable Oliver W. Wanger held April 25, 2008, the Court entered on September 17, 2008, Findings of Fact and Conclusions of Law ("Findings" – Docket No. 261) concerning competing claims to the proceeds of the Bell Ranch on deposit with the Court in this case (the "Deposit") .  The parties have separately filed a proposed Judgment in accord with the Findings and a proposed Order of Distribution. The United States filed a motion for reconsideration concerning clerical errors which Dumas International LLC ("Dumas") does not oppose. In accordance with the foregoing, and upon the agreement of the parties,

**IT IS ORDERED THAT**

The United States' Motion for Reconsideration (Docket No. 262) is granted. Amended Findings of Fact and Conclusions of Law will be issued to correct the clerical errors identified in the Motion.

Approved:

McGREGOR W. SCOTT

United States Attorney

/s/ G. Patrick Jennings

G. PATRICK JENNINGS

Trial Attorney, Tax Division

U.S. Department of Justice

Telephone: (202) 307-6648

/s/ Frank T. Zumwalt

FRANK T. ZUMWALT

The Zumwalt Law Firm, APC

1600 "G" Street, Suite 202

Modesto, California 95354

Telephone: 209-577-6100

Attorneys for defendant Dumas International LLC

IT IS SO ORDERED.

**Dated:   September 30, 2008**            /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE