McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLEN D. BELL, JEANETTE BELL, ) <br> et al. ) <br> ) <br> Defendants. ) <br> ) | Civil No. CV-F-95-5346  OWW  SMS <br><br> **ORDER OF DISTRIBUTION** |

After an evidentiary hearing before the Honorable Oliver W. Wanger held April 25, 2008, the Court entered on September 17, 2008, Findings of Fact and Conclusions of Law ("Findings" – Docket No. 261) concerning competing claims to the proceeds of the Bell Ranch on deposit with the Court in this case (the "Deposit") .  The parties have separately filed a proposed Judgment in accord with the Findings.  The United States filed a motion for reconsideration concerning clerical errors which Dumas International LLC ("Dumas") does not oppose.  A separate proposed Order granting the motion is lodged herewith.  The United States and Dumas disagree as to reasonable attorney's fees and jointly request that the Court reserve, as set forth below, a portion of the Court deposit to pay said fees after the Court has ruled on the Dumas fee application.  In accordance with the foregoing, and upon the agreement of the parties,

**IT IS ORDERED THAT**

1. The Clerk shall immediately distribute from the Deposit in this case, the amount of $455,936.52 by check made payable to "Frank T. Zumwalt" (counsel for Dumas) and "Dumas International LLC" and mailed to Frank T. Zumwalt, The Zumwalt Law Firm, APC, 1600 "G" Street, Suite 202, Modesto, California 95354, Telephone: 209-577-6100.

2. The Clerk shall retain $100,000 of the Deposit to satisfy Dumas' claim for attorney's fees and costs, and further interest, to the extent necessary, pending the further order of the Court. In the event that its fees and costs exceed this amount, Dumas reserves its right to seek an order compelling the United States to disgorge amounts paid to the United States from the Deposit.

3. Next, the Clerk shall mail the balance of the Deposit in this case to the United States, by check made payable to the "United States Treasury" and express-mailed to U.S. Dept. of Justice Tax Division, Room 6647 JCB, 555 4th St., NW, Washington, D.C. 20001. The Clerk shall not reserve registry fees from the payment to the United States.

Approved:

McGREGOR W. SCOTT

United States Attorney

/s/ G. Patrick Jennings

G. PATRICK JENNINGS

Trial Attorney, Tax Division

/s/ Frank T. Zumwalt

FRANK T. ZUMWALT

The Zumwalt Law Firm, APC

Attorneys for defendant Dumas International LLC

IT IS SO ORDERED.

**Dated:   September 30, 2008**            **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE