McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLEN D. BELL, JEANETTE BELL,<br>et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. CV-F-95-5346  OWW  SMS

**JUDGMENT OF EXTENT AND
PRIORITY OF LIENS**

　　　　After an evidentiary hearing before the Honorable Oliver W. Wanger held April 25,
2008, the Court entered on September 17, 2008, Findings of Fact and Conclusions of Law
("Findings").  (Docket No. 261).  The Findings directed the United States to submit a
Judgment in accord with the Findings.  The United States filed a motion for reconsideration
concerning clerical errors which Dumas International LLC ("Dumas") does not oppose.  A
separate proposed order of distribution is submitted herewith.  In accordance with the
foregoing,

**IT IS ORDERED THAT** judgment shall be entered as follows:

**JUDGMENT**

1.      Dumas has a secured interest in the proceeds of the Bell Ranch on deposit with the Court in this case (the "Deposit") in the amount of $455,936.52, including interest and penalties accrued to September 30, 2008, plus reasonable attorney's fees and costs to be determined by the Court at a later date.

2.      The United States has a secured federal tax lien on the Deposit in the amount of the Judgment entered in this case, April 29, 1997, against Glen D. Bell in the amount of $2,680,283.30 plus interest according to law and against Jeanette Bell the amount of $1,022,865.20 plus interest according to law, subject to Dumas' secured interest set forth in paragraph 1, above.

**IT IS SO ORDERED.**


Approved:

      McGREGOR W. SCOTT
      United States Attorney

      /s/ G. Patrick Jennings
      G. PATRICK JENNINGS
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Telephone: (202) 307-6648

      /s/ Frank T. Zumwalt
      FRANK T. ZUMWALT
      The Zumwalt Law Firm, APC
      1600 "G" Street, Suite 202
      Modesto, California 95354
      Telephone:  209-577-6100

      Attorneys for defendant Dumas International LLC


      IT IS SO ORDERED.

**Dated:   September 30, 2008**          _____/s/ Oliver W. Wanger_____
                              UNITED STATES DISTRICT JUDGE