1  Frank T. Zumwalt, Esq. (SBN 132746)
   **THE ZUMWALT LAW FIRM, APC**
2  1600 G Street, Suite 202
   Modesto, CA 95354
3  Telephone: (209) 577-6100
   Facsimile: (209) 577-1038
4
   Attorney for Defendant Dumas International LLC
5

LODGED MAR 1 6 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

FILED MAR 1 7 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: 1:95-CV-5346 OWW SMS |
| Plaintiff, | **STIPULATION AND ORDER FOR RELEASE OF FUNDS** |
| vs. | |
| GLEN D. BELL, JEANETTE BELL, et al., | |
| Defendants. | |

After hearing for Attorneys Fees before the Honorable Oliver W. Wanger held on January 12, 2009, the Court entered on January 15, 2009 its Order Granting in Part Duma's Motion for Attorney's Fees and Costs. In accordance with the foregoing, and upon the agreement of the parties,

IT IS ORDERED THAT:

1. The Clerk shall immediately distribute from the Deposit in this case, the amount of $25,829.00 by check made payable to "Frank T. Zumwalt" (counsel for Dumas) and "Dumas International LLC" and mailed to Frank T. Zumwalt, The Zumwalt Law Firm, APC, 1600 "G" Street, Suite 202, Modesto, California 95354, Telephone: 209-577-6100.

2. The Clerk shall mail the balance of the Deposit in this case to the United States, by check made payable to the "United States Treasury" and mailed to U.S. Dept. of Justice Tax Division, Room 6647 JCB, 555 4th St., NW, Washington, D.C. 20001.

IT IS SO ORDERED.

Dated: 3-17, 2009

_____
OLIVER W. WANGER
United States District Judge

1 | Approved:
2 | McGREGOR W. SCOTT
    United States Attorney
3 |
4 |
5 | *[signature]*
    G. PATRICK JENNINGS
    Trial Attorney, Tax Division
6 |
7 | The Zumwalt Law Firm, APC
8 | *[signature]*
9 | FRANK T. ZUMWALT
    Attorney for Defendant Dumas International LLC
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |